UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CITIMORTGAGE, INC., )
)
        Plaintiff, )
)
   vs. ) No. 4:07-CV-989 CEJ
)
MILA, INC., )
)
        Defendant. )

### ORDER

This case was filed on May 18, 2007. No answer or responsive pleadings were filed on defendant's behalf. On June 21, 2007, plaintiff submitted a motion for entry of default, and the Clerk of Court entered default on June 25, 2007. To date, plaintiff has not filed a motion for default judgment.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall have until **August 20, 2007,** to file an appropriate motion for default judgment against defendant Mila, Inc., supported by all necessary affidavits and documentation. Failure to comply with this Order may result in dismissal of this action for failure to prosecute.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 25th day of July, 2007.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com